IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

Alfonso Delgado §
    Social Security No.: 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 §
Plaintiff §
§
Vs. §
§
Jo Anne B. Barnhart, Commissioner of The §
Social Security Administration §
§
Defendant

B-02-179 .
Case Number

## COMPLAINT

Plaintiff, by his attorney, alleges as follows:

1. The jurisdiction of this court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability.

2. This action is an appeal from a final administrative decision denying plaintiff's claim.

3. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated August 9, 2002.

4. Plaintiff, whose social security number is 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, resides at 4 Santa Isabel Street, Brownsville, Cameron County, Texas 78521.

5. The defendant is the Commissioner of Social Security.

6. Plaintiff is disabled.

7. The conclusions and findings of facts of the defendant are not supported by substantial evidence and are contrary to law and regulation.

**WHEREFORE,** plaintiff prays that this Court:

1. find that the plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

2. remand the case for a further hearing;

3. award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified; and

4. on such other and further relief as the Court deems just and proper.

Dated at McAllen, Texas, the 18th day of September, 2002.

*INGRAM LAW FIRM, P.C.*

By: _____
John J. Ingram, II
Attorney-In-Charge
TX. Bar No.: 24025447
3016-A N. McColl
McAllen, Texas 78501
956.661.0074 (Office)
956.661.0047 (Telecopier)