IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Alfonso Delgado<br>SSN: 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<br><br>*Plaintiff,*<br><br>Vs.<br><br><br>Jo Anne B. Barnhart, Commissioner<br>Social Security Administration<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | United States District Court<br>Southern District of Texas<br>FILED<br><br>NOV 2 0 2002<br><br>Michael N. Milby<br>Clerk of Court<br><br>Civil Action No.: B-02-179 |

## CERTIFICATE OF SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

I, the undersigned, do hereby certify that the following parties have been served with a duly authorized Summons and a copy of the Compliant for the cause as captioned above:

| | |
|---|---|
| The Honorable John Ashcroft<br>United States Attorney General<br>10th Street and Constitution Avenue, N.W.<br>Washington, DC 20530 | Via Certified Mail<br>RRR #: 7001 1140 0003 2371 5218<br>(Return Receipt Attached as Exhibit "A") |
| General Counsel Of Social Security Administration<br>6401 Security Boulevard, Room 611<br>Baltimore, MD 21235 | Via Certified Mail<br>RRR #: 7001 1140 0003 2371 5225<br>(Return Receipt Attached as Exhibit "B") |
| Mr. Gregory Serres, U.S. Attorney<br>Southern District Of Texas<br>910 Travis/P.O. Box 61129<br>Houston, Texas 77208-002 | Via Certified Mail<br>RRR #: 7001 1140 0003 2371 5232<br>(Return Receipt Attached as Exhibit "C") |

WHEREFORE, PREMISES CONSIDERED, and as attested to by the Exhibits attached and incorporated for all purposes, Plaintiff submits that Service has been Perfected.

Respectfully signed and submitted this the 15th day of November, 2002.

                        *INGRAM LAW FIRM, P.C.*

John J. Ingram, II
Attorney-In-Charge
TX. Bar No.: 24025447
3016-A N. McColl
McAllen, Texas 78501
956.661.0074 (Office)
956.661.0047 (Telecopier)

# Exhibit "A"



**JOHN J. INGRAM, II**

# INGRAM
## LAW FIRM, P.C.

**FILE COPY**

ATTORNEY AT LAW
MEDIATOR

October 4, 2002

The Honorable John Ashcroft                         Via Certified Mail
United States Attorney General                      RRR #: 7001 1140 0003 2371 5218
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

General Counsel Of Social Security Administration   Via Certified Mail
6401 Security Boulevard, Room 611                   RRR #: 7001 1140 0003 2371 5225
Baltimore, MD 21235

Mr. Gregory Serres, U.S. Attorney                   Via Certified Mail
Southern District Of Texas                          RRR #: 7001 1140 0003 2371 5232
910 Travis/P.O. Box 61129
Houston, Texas 77208-002

    RE:   Case Number B-02-179; Alfonso Delgado, Plaintiff, Vs. Jo Anne Barnhart,
          Commissioner of Social Security Administration, Defendant, In The United States
          District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

    Enclosed for Process of Service on the above captioned matter, is a Summons issued in each of your names, as well as a copy of the relative Complaint, sent to each of you respectively and individually via Certified Mail Return Receipt Requested.

    Thank you for your time and attention to this matter and we look forward to your timely response herein.

                                                    Best Regards,
                                                    *Ingram Law Firm, P.C.*

                                                    Nancy M. Plata
                                                    Paralegal to *John J. Ingram, II*

NMP hs
Enclosures as stated

---

Licensed by the Texas Supreme Court. Admitted in the Western and Southern District. U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

# UNITED STATES DISTRICT COURT

Southern District of Texas      Brownsville Division

Alfonso Delgado, *Plaintiff*
Social Security No.: 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
V
Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B - 0 2 - 1 7 9

TO: (Name and address of Defendant)

    The Honorable John Ashcroft
    Attorney General of the United States
    10th Street and Constitution Avenue, N.W.
    Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Ingram Law Firm, P.C.
    John J. Ingram, II
    3016-A N. McColl
    McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within   **Sixty (60)**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael N. Milby, Clerk**      9-19-02

CLERK      DATE

*[signature]*

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Alfonso Delgado § | |
| Social Security No.: 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 § | |
| Plaintiff § | B-02-179 . |
| § | Case Number |
| Vs. § | |
| § | |
| Jo Anne B. Barnhart, Commissioner of The § | |
| Social Security Administration § | |
| § | |
| Defendant | |

## COMPLAINT

Plaintiff, by his attorney, alleges as follows

1. The jurisdiction of this court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability

2. This action is an appeal from a final administrative decision denying plaintiff's claim

3. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated August 9, 2002.

4. Plaintiff, whose social security number is 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, resides at 4 Santa Isabel Street, Brownsville, Cameron County, Texas 78521

5. The defendant is the Commissioner of Social Security

6  Plaintiff is disabled

7  The conclusions and findings of facts of the defendant are not supported by substantial evidence and are contrary to law and regulation

*WHEREFORE*, plaintiff prays that this Court

1  find that the plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

2  remand the case for a further hearing,

3  award attorney's fees under the Equal Access to Justice Act, 28 U.S.C § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified, and

4  on such other and further relief as the Court deems just and proper

Dated at McAllen, Texas, the 18th day of September, 2002.

*INGRAM LAW FIRM, P.C.*

By: _____
John J. Ingram, II
Attorney-In-Charge
TX Bar No.: 24005447
3016-A N McColl
McAllen, Texas 78501
956 661.0074 (Office)
956 661 0047 (Telecopier)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1140 0003 2371 5218

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Alfonso Delgado
su nombres Here

Sent To: John Ashcroft A.W.
Street, Apt. No.; or PO Box No.: 10th Street and Constitution Av
City, State, ZIP+4: Washington DC 20530

PS Form 3800, January 2001    See Reverse for Instructions

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>*The Honorable John Ashcroft*<br>*United States Attorney General*<br>*10th Street and Constitution Avenue, N.W.*<br>*Washington, DC 20530* | D. Is delivery address different from item 1? ☐ Yes<br>YES, enter delivery address below: ☐ No<br><br>OCT 2 2 2002<br><br>Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. 7001 1140 0003 2371 5218 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

# Exhibit "B"



JOHN J. INGRAM, II

**INGRAM LAW FIRM, P.C.**

**FILE COPY**

ATTORNEY AT LAW
MEDIATOR

October 4, 2002

The Honorable John Ashcroft
United States Attorney General
10th Street and Constitution Avenue, N.W
Washington, DC 20530

Via Certified Mail
RRR #: 7001 1140 0003 2371 5218

**General Counsel Of Social Security Administration**
**6401 Security Boulevard, Room 611**
**Baltimore, MD 21235**

Via Certified Mail
RRR #: 7001 1140 0003 2371 5225

Mr Gregory Serres, U.S. Attorney
Southern District Of Texas
910 Travis/P.O. Box 61129
Houston, Texas 77208-002

Via Certified Mail
RRR #: 7001 1140 0003 2371 5232

RE   Case Number B-02-179; Alfonso Delgado, Plaintiff, Vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division

Dear Counsel:

Enclosed for Process of Service on the above captioned matter, is a Summons issued in each of your names, as well as a copy of the relative Complaint, sent to each of you respectively and individually via Certified Mail Return Receipt Requested.

Thank you for your time and attention to this matter and we look forward to your timely response herein

Best Regards,
*Ingram Law Firm, P.C.*

Nancy M. Plata
Paralegal to *John J. Ingram, II.*

NMP·hs
Enclosures as stated

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX 956-661-0047
Not Certified by Texas Board of Legal Specialization

˜AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas        Brownsvill Division

Alfonso Delgado, *Plaintiff*
Social Security No.: 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             **SUMMONS IN A CIVIL CASE**
V.
Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

CASE NUMBER:  B - 0 2 - 1 7 9

TO: (Name and address of Defendant)

> General Counsel, Social Security Administration
> Room 611
> 6401 Security Blvd.
> Baltimore, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Ingram Law Firm, P.C.
> John J. Ingram, II
> 3016-A N. McColl
> McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ____Sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

Michael N. Milby, Clerk                9-19-02
CLERK                                  DATE

*Leurdes Mardis*
(By) DEPUTY CLERK

```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF TEXAS
                            BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Alfonso Delgado | § | |
| Social Security No.: 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 | § | |
| Plaintiff | § | B-02-179 |
| | § | |
| Vs. | § | Case Number |
| | § | |
| Jo Anne B. Barnhart, Commissioner of The | § | |
| Social Security Administration | § | |
| | § | |
| Defendant | | |

## COMPLAINT

Plaintiff, by his attorney, alleges as follows

1. The jurisdiction of this court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability

2. This action is an appeal from a final administrative decision denying plaintiff's claim

3. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated August 9, 2002

4. Plaintiff, whose social security number is 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, resides at 4 Santa Isabel Street, Brownsville, Cameron County, Texas 78521

5. The defendant is the Commissioner of Social Security

6    Plaintiff is disabled

7    The conclusions and findings of facts of the defendant are not supported by substantial evidence and are contrary to law and regulation

*WHEREFORE*, plaintiff prays that this Court

1    find that the plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

2    remand the case for a further hearing,

3    award attorney's fees under the Equal Access to Justice Act, 28 U S C § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified, and

4    on such other and further relief as the Court deems just and proper

Dated at McAllen, Texas, the _18th_ day of _September_, 2002

*INGRAM LAW FIRM, P.C.*

By: _____
John J. Ingram, II
Attorney-In-Charge
TX. Bar No.: 24025447
3016-A N McColl
McAllen, Texas 78501
956.661.0074 (Office)
956 661 0047 (Telecopier)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1140 0003 2371 5225

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Alfonso Delgado Summers

Sent To: SSA
Street, Apt. No.; or PO Box No.: 6401 Security Blvd. Rm 611
City, State, ZIP+4: Baltimore, MD 21235

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel Of
Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: SOCIAL SECURITY ADMINISTRATION BALTIMORE, MARYLAND 21235
   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: OCT 0 8 2002

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   OCT 1 6 2002

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number: 7001 1140 0003 2371 5225
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

# Exhibit "C"



JOHN J. INGRAM, II

**INGRAM LAW FIRM, P.C.**

ATTORNEY AT LAW
MEDIATOR

FILE COPY

October 4, 2002

The Honorable John Ashcroft
United States Attorney General
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

Via Certified Mail
RRR #: 7001 1140 0003 2371 5218

General Counsel Of Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

Via Certified Mail
RRR #: 7001 1140 0003 2371 5225

**Mr. Gregory Serres, U.S. Attorney
Southern District Of Texas
910 Travis/P.O. Box 61129
Houston, Texas 77208-002**

Via Certified Mail
**RRR #: 7001 1140 0003 2371 5232**

RE   Case Number B-02-179; Alfonso Delgado, Plaintiff, Vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter, is a Summons issued in each of your names, as well as a copy of the relative Complaint, sent to each of you respectively and individually via Certified Mail Return Receipt Requested.

Thank you for your time and attention to this matter and we look forward to your timely response herein.

Best Regards,
*Ingram Law Firm, P.C.*

Nancy M. Plata
Paralegal to *John J. Ingram, II*

NMP hs
Enclosures as stated

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas     Brownsville Division

Alfonso Delgado, *Plaintiff*
Social Security No.: 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
V.
Jo Anne B. Barnhart, Commissioner of The
Social Security Administration. *Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-179

TO: (Name and address of Defendant)

    Gregory Serres, U.S. Attorney
    Southern District Of Texas
    910 Travis, P.O. Box 61129
    Houston, Texas 77208-002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Ingram Law Firm, P.C.
    John J. Ingram, II
    3016-A N. McColl
    McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within   Sixty (60)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael N. Milby, Clerk**      9-19-02

CLERK      DATE

*/s/ Laurden Mardes*

(By) DEPUTY CLERK

United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | § | |
|---|---|---|
| Alfonso Delgado | § | |
| Social Security No.: 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 | § | |
| Plaintiff | § | B-02-179 |
| | § | |
| Vs. | § | Case Number |
| | § | |
| Jo Anne B. Barnhart, Commissioner of The | § | |
| Social Security Administration | § | |
| | § | |
| Defendant | | |

## COMPLAINT

Plaintiff, by his attorney, alleges as follows

1   The jurisdiction of this court is invoked pursuant to 42 U.S.C § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability

2   This action is an appeal from a final administrative decision denying plaintiff's claim

3   This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated August 9, 2002

4   Plaintiff, whose social security number is 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, resides at 4 Santa Isabel Street, Brownsville, Cameron County, Texas 78521

5   The defendant is the Commissioner of Social Security

6       Plaintiff is disabled

7       The conclusions and findings of facts of the defendant are not supported by substantial evidence and are contrary to law and regulation

*WHEREFORE*, plaintiff prays that this Court

1       find that the plaintiff is entitled to disability benefits under the provisions of the Social Security Act, or

2       remand the case for a further hearing,

3       award attorney's fees under the Equal Access to Justice Act, 28 U.S.C § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified, and

4       on such other and further relief as the Court deems just and proper

Dated at McAllen, Texas, the 18th day of September, 2002

*INGRAM LAW FIRM, P.C.*

By: _____
John J. Ingram, III
Attorney-In-Charge
TX. Bar No.: 24005447
3016-A N. McColl
McAllen, Texas 78501
956.661.0074 (Office)
956.661.0047 (Telecopier)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1140 0003 2371 5232

| | | |
|---|---|---|
| Postage | $ | Alfonso Delgado |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Summons |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Gregory Serres
Street, Apt. No.; or PO Box No.: 910 Travis / P.O. Box 61129
City, State, ZIP+4: Houston, TX 77208-002

PS Form 3800, January 2001        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Mr. Gregory Serres, U.S. Attorne*
*Southern District Of Texas*
*P.O. Box 61129*
*910 Travis Street*
*Houston, Texas 77002*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 10-3-02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   OCT 10 2002

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7001 1140 0003 2371 5232

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509