# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALFONSO DELGADO, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. B-02-179 |
| | § | |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant | § | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time until January 6, 2003, to file a responsive pleading. For grounds in support of this motion, the Defendant avers as follows:

1. The Defendant submits that additional time is needed to prepare the answer or supporting documentation for Defendant's dispositive motion and brief to Plaintiff's complaint. The Commissioner has not finished preparing all the necessary documentation or proposed pleadings. Thus, counsel for the Defendant is at this point unable to respond to Plaintiff's allegations.

2. This Motion is being filed only so that justice may be served and not for the purpose of delay. The Defendant requests immediate consideration of this motion due to the seriousness of the issues and shortness of available time.

WHEREFORE, Defendant requests that the Court issue an Order enlarging until January 6, 2003, the time within which Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration, will file her answer or otherwise respond to Plaintiff's complaint.

                                          Respectfully Submitted,

                                          MICHAEL T. SHELBY
                                          United States Attorney

                                          TINA M. WADDELL
                                          Regional Chief Counsel, SSA
                                          Special Assistant United States Attorney

By: _____
                                          MARGUERITE E. LOKEY
                                          Attorney-in-Charge
                                          Special Assistant United States Attorney
                                          State Bar No. 12507500
                                          1301 Young Street, Suite 430
                                          Dallas, Texas 75202
                                          Ph.: (214) 767-3297
                                          Fax: (214) 767-9189

## CERTIFICATE OF CONFERENCE

On December 5, telephonic contact was made with Mr. John J. Ingram, Plaintiff's attorney. A representative at Mr. Ingram office stated that he would be in a hearing most of the morning and was unavailable. A message was left regarding our motion for an enlargement of time. Therefore, this motion is presented neither opposed or unopposed.

_____
MARGUERITE E. LOKEY
Attorney-in-Charge
Special Assistant United States Attorney


## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing motion for enlargement of time was sent to John J. Ingram, Attorney for Plaintiff, 3016A N. McColl, McAllen, Texas 78501, via first class mail, postage prepaid, this 5 day of December, 2002..

_____
MARGUERITE E. LOKEY
Attorney-in-Charge
Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALFONSO DELGADO, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. B-02-179 |
| | § | |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § | |
| Defendant | § § § | |

## ORDER

Pending before the court is Defendant's Motion for Enlargement of Time. IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until January 6, 2003, to file an answer or otherwise respond to Plaintiff's complaint.

SIGNED _____, 2002.

_____
UNITED STATES MAGISTRATE JUDGE