## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALFONSO DELGADO, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. B-02-179 |
| § | |
| JO ANNE B. BARNHART, § | |
| COMMISSIONER OF THE § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| Defendant § | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time until February 5, 2003, to file a responsive pleading. For grounds in support of this motion, the Defendant avers as follows:

1. The Defendant submits that additional time is needed to prepare the answer or supporting documentation for Defendant's dispositive motion and brief to Plaintiff's complaint. The Commissioner has not finished preparing all the necessary documentation or proposed pleadings. Thus, counsel for the Defendant is at this point unable to respond to Plaintiff's allegations.

2. This Motion is being filed only so that justice may be served and not for the purpose of delay. The Defendant requests immediate consideration of this motion due to the seriousness of the issues and shortness of available time.

WHEREFORE, Defendant requests that the Court issue an Order enlarging until February 5, 2003, the time within which Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration, will file her answer or otherwise respond to Plaintiff's complaint.

>Respectfully Submitted,
>
>MICHAEL T. SHELBY
>United States Attorney
>
>TINA M. WADDELL
>Regional Chief Counsel, SSA
>Special Assistant United States Attorney

By: *Tasha Stevens by permission*

>MARGUERITE E. LOKEY
>Attorney-in-Charge
>Special Assistant United States Attorney
>State Bar No. 12507500
>1301 Young Street, Suite 430
>Dallas, Texas 75202
>Ph.: (214) 767-3297
>Fax: (214) 767-9189

## CERTIFICATE OF CONFERENCE

On December 30, 2002, telephonic contact was made with Mr. John J. Ingram, Plaintiff's attorney. A representative at Mr. Ingram office stated that he was out of the office all week. A message was left regarding our motion for an enlargement of time. Therefore, this motion is presented as neither opposed or unopposed.

*Tasha Stevens by permission*
MARGUERITE E. LOKEY
Attorney-in-Charge
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing motion for enlargement of time was sent to John J. Ingram, Attorney for Plaintiff, 3016A N. McColl, McAllen, Texas 78501, via first class mail, postage prepaid, this 31st day of December, 2002..

*Tasha Stevens by permission*
MARGUERITE E. LOKEY
Attorney-in-Charge
Special Assistant United States Attorney