UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALFONSO DELGADO, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. B-02-179 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant | § | |

### ORDER

Pending before the court is Defendant's Motion for Enlargement of Time. IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until February 5, 2003, to file an answer or otherwise respond to Plaintiff's complaint.

SIGNED January 6, 2002.

_____
UNITED STATES MAGISTRATE JUDGE