IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALFONSO DELGADO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §  CIVIL ACTION NO. B-02-179 |
| | § |
| JO ANNE B. BARNHART, | § |
| COMMISSIONER OF THE | § |
| SOCIAL SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

## DEFENDANT'S NOTICE OF
## FILING ADMINISTRATIVE TRANSCRIPT

The defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, through Michael T. Shelby, United States Attorney for the Southern District of Texas, hereby files a certified copy of the transcript of the administrative proceeding in this case in accordance with section 205(g) of the Social Security Act, 42 U.S.C. section 405(g).

                                                      Respectfully submitted,

                                                      MICHAEL T. SHELBY
                                                      United States Attorney

                                                      TINA M. WADDELL
                                                      Regional Chief Counsel, SSA
                                                      Special Assistant United States Attorney

By: _____
MARGUERITE E. LOKEY
Attorney-in-Charge
Special Assistant United States Attorney
Federal Bar No. 30213
State Bar No. 12507500
Office of the General Counsel, SSA
1301 Young Street, Suite 430
Dallas, Texas 75202
Ph.: (214) 767-3297
Fax: (214) 767-9189

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Notice of Filing the Administrative Transcript was sent to Ingram Law Firm, P.C., John J. Ingram, II, Attorney-in-Charge, 3016A N. McColl, McAllen, Texas 78501, via first class mail, postage prepaid, this 29th day of January, 2003.

_____
MARGUERITE E. LOKEY
Attorney-in-Charge
Special Assistant United States Attorney