IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 1 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ALFONSO DELGADO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-179 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

**MAGISTRATE JUDGE'S ORDER DIRECTING FILING
OF BRIEFS AND SCHEDULING ORAL HEARING ON
APPEAL FROM SOCIAL SECURITY ADMINISTRATION**

**PLEASE NOTE:** Please read this Order carefully. The previous practice of this Court is being revised to impose new responsibilities and deadlines on parties to social security litigation. These deadlines and responsibilities may not be changed without leave of the court. All parties are expected to comply with the Order in a timely manner, without unnecessary requests for extensions of time.

The Plaintiff, Alfonso Delgado, has filed a complaint seeking review of a decision of the COMMISSIONER OF SOCIAL SECURITY denying his claims for Social Security Disability and Supplemental Security Income ("SSI").

This request for review has been referred to the Magistrate Judge for review and recommendation; and it appearing that Defendant has filed an answer, together with a certified copy of the transcript of the administrative proceedings.

IT IS ORDERED that counsel for the parties submit briefs in accordance with the following requirements:

(1)   Within thirty (30) days from the entry of this Order, Plaintiff shall serve and file a brief setting forth all errors which Plaintiff contends entitle Plaintiff to relief. The

brief shall contain under the appropriate headings and in the order here indicated:

(a) **A statement of the issues** presented for review, set forth in separate numbered paragraphs.

(b) **A statement of the case.** This statement should indicate briefly the course of the proceeding and its disposition at the administrative level and should set forth a general statement of the Plaintiff's age, education and work experience; a brief outline of the medical evidence; and a brief summary of other evidence of record. Each statement of fact shall be supported by reference to the page in the record where the evidence may be found.

(c) An **argument**. The argument may be preceded by a summary. The argument shall be divided into sections separately treating each issue and must set forth the contentions of Plaintiff with respect to the issues presented and reasons therefor. Each contention must be supported by a specific reference to the portion of the record relied upon and by citations to statutes, regulations and cases supporting Plaintiff's position. Cases from other districts and circuits should be cited only in conjunction with relevant cases from this jurisdiction or if authority on point from this jurisdiction does not exist. Citations to unreported district court opinions must be accompanied by a copy of the opinion. If Plaintiff has moved for remand to the COMMISSIONER for further proceedings, the argument in support thereof must set forth good cause for remand. Furthermore, if the remand is for the purpose of taking additional evidence, such evidence must be attached to the brief, or, if such evidence is in the form of a consultative examination sought at government expense, Plaintiff must make a proffer of the nature of the evidence anticipated to be obtained.

(d) **A short conclusion** stating the relief sought.

(e) The **briefs** shall not exceed **a total of fifteen (15) pages,** except as approved by the court. **Any motion to exceed the court's page limit shall be filed no later than one week before the deadline for the submission of the brief.** No extensions will be granted absent a showing of good cause.

(f) If the court grants an extension of time for any pleading or brief, the other party is automatically granted an extension for the same amount of time to file a responsive pleading brief.

(2) Within thirty (30) days after service of Plaintiff's brief, Defendant shall service and file a brief which responds specifically to each issue raised by Plaintiff. Defendant's brief shall conform to the requirements set forth above for Plaintiff's brief, except that

a statement of the issues and a statement of the case need not be made unless Defendant is dissatisfied with Plaintiff's statement thereof.

(3)   Plaintiff may file a brief in reply to the brief of Defendant within ten (10) days of service of Defendant's brief.

The issues before the Court are limited to the issues properly raised in the briefs. Any issue raised in the briefs but not argued at oral hearing, if one is held, will be deemed abandoned.

IT IS FURTHER ORDERED that unless otherwise ordered following receipt of all briefs, an oral hearing in this action may be held before the undersigned Magistrate Judge, Courtroom No. 2, Second Floor, U.S. Federal Building & Courthouse, 600 E. Harrison Street, Brownsville, Texas. At said hearing, counsel should be fully prepared to argue the facts, issues and legal contentions in this case. The Clerk is directed to forward the file to the Magistrate Judge ten (10) days prior to the hearing. Let a copy of this Order be served upon counsel for the parties.

IT IS SO ORDERED this 13TH day of FEBRUARY, 2003.

John Wm. Black
United States Magistrate Judge

## NOTICE

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance, with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or non-jury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeal for the Fifth Circuit in the same manner as any appeal from any judgment entered in this court.

As a party to this lawsuit, you have the right to consent or decline consent to the jurisdiction of a Magistrate Judge. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline to consent to the jurisdiction of a Magistrate Judge, the Magistrate Judge will continue in the case for the purpose of entering a report and recommendation in accordance with 28 U.S.C. § 636(b). To consent to the jurisdiction of a Magistrate Judge, you should complete the attached form and return it to the Clerk of the Court within twenty-one (21) days from the date of this Order.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALFONSO DELGADO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-179 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____                                    _____
Date                                                     United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**