# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**ORDER**

United States District Court
Southern District of Texas
ENTERED

FEB 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALFONSO DELGADO | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-179 |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | § § § § | |

TYPE OF CASE:   __X__ CIVIL              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON MOTION FOR SUMMARY JUDGMENT**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

APRIL 23, 2003 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 20, 2003

TO:   MR. JOHN INGRAM
      MR. KEITH WYATT
      MS. MARGUERITE LOKEY