IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALFONSO DELGADO | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: B-02-179 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the | ) |
| Social Security Administration, | ) |
| Defendant | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the defendant, Commissioner of the Social Security Administration, by and through the United States Attorney for the Southern District of Texas, and moves the Court that it enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, a summary judgement in Defendant's favor denying the relief demanded in the complaint of the Plaintiff on the ground that there is no genuine issue of any material fact and that defendant is entitled to a judgement as a matter of law.

Section 205(g) and (h) of the Social Security Act, as amended, 42 U.S.C., 405(g) and (h), provides that the jurisdiction of this Court is confined to reviewing the evidence of the record filed herein for the purpose of determining whether or not the administrative findings are supported by substantial evidence and that "the findings of the Commissioner as to any fact, if supported by substantial evidence, shall be conclusive."

This motion, therefore, is based upon the pleadings on file in this action and the certified copy of the entire record of proceedings relating to the Plaintiff's claim for Social Security

disability benefits, as set forth in defendant's brief filed herein and attached to this motion.

WHEREFORE, Defendant respectfully prays that judgement be granted to this Defendant, and relief demanded by the Plaintiff be denied.

        Respectfully Submitted

        MICHAEL T. SHELBY
        United States Attorney

        TINA M. WADDELL
        Regional Chief Counsel, SSA
        Special Assistant United States Attorney

        By: _____
        MARGUERITE ESPOSITO LOKEY,
        Attorney-in-Charge
        Special Assistant United States Attorney
        Federal Bar No. 30213
        TX. State Bar No. 12507500
        Office of the General Counsel, SSA
        1301 Young Street, Suite 430
        Dallas, Texas 75202
        Ph: (214) 767-3297
        Fax: (214) 767-9189

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has the 5th day of March, 2003, been served by certified United States mail, postage prepaid, upon counsel for Plaintiff, John J. Ingram, II, Attorney-at-Law, Hardy-Ingram Law Firm, LTD, 3016-A N. McColl, McAllen Texas 78501.

By: _____
Marguerite Esposito Lokey,
Attorney-in-Charge
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALFONSO DELGADO ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO: B-02-179 |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| Defendant. ) | |

## **ORDER**

This cause came for review upon the motions for summary judgement filed by both parties pursuant to Rule 56 of the Federal Rules of Civil Procedure. Having studied the legal memoranda submitted by the parties, the record, and the applicable law, the Court Orders that the Plaintiff's Motion for Summary Judgment is DENIED, and the Defendant's Motion for Summary Judgment is AFFIRMED.

Done at Brownsville, Texas this _____ day of _____, 2003.

_____
United States Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALFONSO DELGADO, )<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of the )<br>Social Security Administration, )<br>    Defendant. ) | CIVIL ACTION NO: B-02-179 |

## **JUDGMENT**

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of the Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, and against Plaintiff, Alfonso Delgado, dismissing Plaintiff's suit with prejudice.

Done at Brownsville, Texas this _____ day of _____, 2003.

_____
United States Judge