IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| ALFONSO DELGADO, § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-02-179 |
| JO ANNE B. BARNHART, § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| Defendant. § | |

## JUDGMENT

The Court hereby **SUSTAINS** in part the Plaintiff's objections to the Report and Recommendation of the Magistrate Judge, **REVERSES** the administrative decision below, and **REMANDS** this case to the Administrative Law Judge for further proceedings in conformity with this Court's Memorandum Opinion of the same date.

Signed in Brownsville, Texas, this 19th day of February, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE