IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALFONSO DELGADO | § |
| | § Civil Action No. B-02-179 |
| | § |
| Plaintiff | § |
| | § |
| v. | § |
| | § |
| JO ANNE B. BARNHART, | § |
| Commissioner of the | § |
| Social Security Administration | § |
| | § |
| Defendant | § |

**UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT
(28 USC 2412)**

The plaintiff, through the undersigned attorney, JOHN J. INGRAM II, hereby moves the court to award attorney fees and other expenses to be paid by the defendant pursuant to the Equal Access to Justice Act ("EAJA") (28 USC 2412).

The plaintiff asks for an award of attorney fees and other expenses totaling $3,862.50 to be paid to the plaintiff's attorney calculated at a rate of [ $125.00 ] per hour for 29.7 hours of work on this case in federal court. The plaintiff is not responsible for payment of any other legal fees or expenses except those which are allowable under EAJA.

The plaintiff is entitled to receive reimbursement for attorney fees and other expenses pursuant to EAJA because (1) the motion is timely filed; (2) the plaintiff is the prevailing party; (3) the plaintiff's net worth did not exceed two million dollars at the time the civil action was filed; and (4) the position of the United States in this case, both in the administrative proceedings and in the civil action, was not substantially justified, and there are no special circumstances which make an award under EAJA unjust.

This motion is supported by an affidavit of the plaintiff's attorney, and a memorandum of law which briefly addresses all of the requirements for the award of attorney fees and other expenses under EAJA.

Respectfully submitted this 20th, day of April, 2004,

By: _____
John J. Ingram, II
Attorney-in-Charge
Texas Bar No. 24025447
3016-A N. McColl
McAllen, Texas 78501
(956) 661-0074 - Telephone
(956) 661-0047 - Facsimile

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing: "UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412" has been furnished to Marguerite E. Lokey, Attorney-in-Charge, Special Assistant U.S. Attorney, Office of the General Counsel, SSA, 1301 Young Street, Suite 430, Dallas, Texas 75202 by placing same in the United States Mail, certified, return receipt requested, on this 20th day of April 2004.

_____
John J. Ingram, II

## CERTIFICATE OF CONFERENCE

On April 12, 2004, Defendant's counsel, was contacted regarding this request. Ms. Lokey is **unopposed** to the: **"UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT(28 USC 2412)."**

John J. Ingram, II
Attorney-in-Charge
Texas Bar No. 24025447
Southern District of Texas Bar No. 25468
3016-A N. McColl
McAllen, TX 78501
(956) 661-0074 - Telephone
(956) 661-0047 - Facsimile