

United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALFONSO DELGADO | § § | Civil Action No. B-02-179 |
| Plaintiff | § § § | |
| v. | § § | |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration | § § § § § | |
| Defendant | § | |

## AFFIDAVIT OF JOHN J. INGRAM II
## IN SUPPORT OF UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES

STATE OF TEXAS
COUNTY OF HIDALGO

My name is John J. Ingram II. I am competent to make this affidavit and have personal knowledge of the facts stated herein.

I am an attorney licensed to practice in the State of Texas and in the United States District Court for the Southern District of Texas.

The plaintiff, Alfonso Delgado, retained me to represent him in this civil action arising under the Social Security Act.

My fee is One Hundred and Twenty-Five Dollars ($125.00) per hour. The overall median attorney fee in Houston, Texas, is One Hundred and Fifty Dollars ($150.00) per hour. See: "Texas Attorneys Report on Hourly Rates," 59 Texas Bar Journal 114.

As a result of the Order of this Court dated February 20, 2004, the plaintiff became a prevailing party in the above-captioned action and became entitled to an award of attorney fees

and costs pursuant to the Equal Access to Justice Act (28 USC 2412).

Attached hereto is Exhibit 1 which is a summary of the undersigned attorney's time and the expenses the Plaintiff has incurred in maintaining this action. The hours and costs claimed are reasonable. Exhibit 1 has been reviewed by the Commissioner's Counsel who concurs in the amounts requested and agrees that they are reasonable.

I have had over 3 years experience in handling social security cases and, therefore, have developed an expertise in this area of law which enabled me to render the necessary legal services more expeditiously than an attorney without such experience.

This matter required legal research into whether the finding that the plaintiff can do other work is consistent with applicable legal standards and supported by substantial evidence when the administrative law judge failed to make a finding on his ability to communicate in English.

The total attorney fee of $ 3,712.50 along with $150.00 costs, is reasonable considering (1) time and labor required for the litigation, (2) the novelty and difficulty of the issues presented, (3) the skill required to perform the legal services properly, (4) the customary fee, and (5) the other factors set forth by the Court of Appeals for the Fifth Circuit in determining a reasonable lodestar fee. See: Johnson v. Georgia Highway Express, Inc. 488 F. 2d 714, 717-719 (5th Cir. 1974).

An award of attorneys fees under the Social Security Act for services rendered at the judicial level do not preclude an award of attorneys' fees for those same services under EAJA. 28 U.S.C.A § 2412 note (Pub. L. No. 96-481 § 206(b), as amended by Pub. L. 99-80 § 3). See Frazier v. Apfel, 240 F.3d 1284 (10th Cir. 2001)(holding that attorney's fees available under the EAJA and under the Social Security Act are two different kinds of fees and must be separately

awarded). However, where the claimant's attorney receives fees for the same work under both the Social Security Act and EAJA, the attorney must refund the claimant the amount of the smaller fee. 28 U.S.C.A. § 2412 note (Pub. L. 96-481 § 206(b), as amended by Pub. L. 99-80 § 3). See Hayes v. Callahan, 973 F.Supp. 1290, 1292 (D. Kan. 1997).

The plaintiff is not responsible for payment of any other legal fees or expenses except those which are allowable under EAJA for representation in this cause only because the undersigned attorney has agreed with the Plaintiff to limit his services to federal court work. The court having rendered a judgment under the fourth sentence of 42 U.S.C.A. 405(g), it no longer has jurisdiction over this case. If the plaintiff is successful in obtaining social security benefits after the next administrative hearing of this claim, the 42 U.S.C.A. 406(a) fees (if any) will be withheld from past-due benefits, or will be paid directly by the plaintiff to his non-attorney representative.

JOHN J. INGRAM II
John J. Ingram, II
Attorney-in-Charge
Texas Bar No. 24025447
Southern District of Texas Bar No. 25468
3016-A N. McColl
McAllen, Texas 78501
(956) 661-0074 - Telephone
(956) 661-0047 - Facsimile

SWORN TO and SUBSCRIBED before me by John J. Ingram II on April 19th, 2004.

NOTARY PUBLIC



MARISELA VARGAS
MY COMMISSION EXPIRES
May 23, 2006

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing: "AFFIDAVIT OF JOHN J. INGRAM II IN SUPPORT OF UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES" has been furnished to Marguerite E. Lokey, Attorney-in-Charge, Special Assistant U.S. Attorney, Office of the General Counsel, SSA, 1301 Young Street, Suite 430, Dallas, Texas 75202 by placing same in the United States Mail, certified, return receipt requested, on this 20th day of April 2004.

By: _____
John J. Ingram, II

Exhibit 1
Summary of Attorney Costs and Hours Expended on
Alfonso Delgado v. Commissioner
Case No. B-02-179

I. Represented Claimant from 9-17-02 forward.

II. HOURS

| Description | n/c hrs | Hours |
|---|---|---|
| Read ALJ decision / review file / preliminary research for  - FDC appeal | | 3.40 |
| Draft complaint | | 0.50 |
| Review of administrative transcript , evalue record, legal research for updated case law. | | 3.60 |
| Draft of Plaintiff's Motion for Summary Judgment | | 6.40 |
| Draft of Plaintiff's Reply Brief | | 3.70 |
| Review and evaluation of Magistrate's Recommendation | | 5.90 |
| Draft of Objections to Magistrate's Recommendation | | 5.20 |
| prepare EAJA application (estimate) | | 1.00 |
| Subtotal | | 29.70 |
| less "no charge" hours | 0.00 | |
| Total | | 29.70 |

III. HOURLY RATE: $125 per hour per PL 104-121, eff. 3/29/96

IV. ATTORNEY FEE TOTAL: $125 per hour X        29.70        $3,712.50

V  COSTS   Filing Fee                       $150.00
           Certified Mail
   Total                                    $150.00

VI TOTAL                                                    $3,862.50

```
Thu Sep 19 10:59:09 2002

    UNITED STATES DISTRICT COURT

    HOUSTON        , TX

Receipt No.   : 116662
Cashier         gabriela

Check Number: 5579

DØ Code    Div No
 4679        1

Sub Acct Type Tender      Amount
1:086900  N     2          60.00
2:510000  N     2          90.00

Total Amount         $    150.00

 INGRAM LAW FIRM  3016A N McColl  McA
llen, Tx 78501-0074

  Filing Fee on CA B 02-179




   bn


Thu Sep 19 10:59:09 2002

Check No.  5579
Amount$    150.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4679
```